# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00744-CV

**Wesley Perkins, Appellant**

**v.**

**Whitney Brewster, Executive Director, Texas Department of Motor Vehicles;
Bruce Elfant, Tax Assessor Collector for Travis County; and
Steve McCraw, Director, Texas Department of Public Safety, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-17-001773, HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On November 8, 2017, appellant Wesley Perkins filed a notice of appeal from an order of dismissal signed on August 16, 2017. The order granted the motion to dismiss of two of the three defendants in the underlying case, Whitney Brewster and Steve McCraw. *See* Tex. R. Civ. P. 91a (authorizing dismissal of cause of action that has no basis in law or fact). After review, the Clerk of this Court sent Perkins a letter informing him that the Court appears to lack jurisdiction over the appeal because our jurisdiction is limited to timely appeals from final judgments or orders that are otherwise appealable. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions is that an appeal may be taken only from a final judgment. A judgment is final for purposes of

appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree."). The Clerk requested a response informing us of any basis that exists for jurisdiction.

In response, Perkins filed a motion to recharacterize proceedings as a mandamus and a supplemental motion to recharacterize proceedings. In his motion to recharacterize, Perkins acknowledges that the order appealed from is not a final ruling. Accordingly, we dismiss the appeal for want of jurisdiction.[1] *See Lehmann*, 39 S.W.3d at 195; Tex. R. App. P. 42.3(a).

_____
Jeff L. Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: March 9, 2018

---

[1] Perkins also filed a motion to abate his appeal pending severance or disposition of his case against Bruce Elfant. Because we lack jurisdiction over his appeal, we dismiss this motion as moot.